

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

### WRIT OF EXECUTION
### 15MC - 23 JED

To the Marshal of:  Northern District of Oklahoma

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:  MNE Services, Inc. d/b/a Ameriloan, 3531 P Street NW, Miami, OK 74354.

you cause to be made and levied as well as a certain debt of $ ~~15,400.00~~ 15,000.00/gm in the United States District Court for the Northern District of Oklahoma, before the Judge of said Court by the consideration of the same Judge lately recovered against the said, MNE Services, Inc. d/b/a Ameriloan

and also the cost that may accrue under this writ. And that you have above listed moneys at the place and date listed below, and that you bring this writ with you.

| Place: | Welch State Bank<br>2525 N. Main St. | District: | US Dist Ct, ND/OK |
|---|---|---|---|
| City: | Miami, OK 74354 | Date: | |

| Date:<br>JUL 2 2 2015 | Phil Lombardi, Clerk of Court | |
|---|---|---|
| | By: | Deputy Clerk |

### RETURN

| Date Received: | Date of Execution of Writ: |
|---|---|

**This writ was received and executed.**

| U.S Marshal | By: | Deputy Marshal |
|---|---|---|

Writ of Execution                                                                                                           DC-11 Modified (12/10)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Rosa Rivera | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>MNE Services, Inc. d/b/a Ameriloan | TYPE OF PROCESS<br>writ/execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Welch State Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2525 N. Main St., Miami, OK 74354

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Rosa Rivera
2608 Refugio Avenue
Fort Worth, Texas 76164

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                                     Fold

Levy any and all Bank Accounts for MNE Services, Inc. d/b/a Ameriloan, 3531 P Street NW, Miami, OK 74354 for the amount of $15,400.00 at Welch State Bank, 2525 N. Main St., Miami, OK 74354. Welch State Bank phone number (918) 542-2032. Welch State Bank hours of operation are Monday through Friday 9:00 a.m. to 4:00 p.m.

| Signature of Attorney other Originator requesting service on behalf of:<br>Rosa Rivera | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(817) 689-1240 | DATE<br>7/17/15 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13